**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Louis BUCHANAN, Jr., Defendant–**
**Appellant.**

**No. 07–13247**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2008.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Louis Buchanen, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's conclusion that the record does not contain any potentially meritorious issues for appeal, we GRANT counsel's motion to withdraw and AFFIRM Buchanan's convictions and sentence.